JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR09-5206BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |
| NELIDA PRECIADO, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Memorandum and attachments thereto, NOW THEREFORE

IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and any attachments thereto, are to be sealed.

DONE this 18th day of November, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Colin Fieman
_____
Colin Fieman
Attorney for Nelida Preciado

ORDER SEALING – page 1