1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

           Plaintiff

        v.

NELIDA PRECIADO,

           Defendant.

NO. CR09-5206BHS

ORDER TO SEAL SUPPLEMENTAL EXHIBIT
TO SENTENCING MEMORANDUM

The Court having reviewed the Government's Motion to Seal Supplemental Exhibit to Sentencing Memorandum and having reviewed the records and files herein makes the following findings and enters the following order:

IT IS HEREBY ORDERED that the Government's Motion to Seal Supplemental Exhibit to Sentencing Memorandum be allowed to remain under seal.

DATED this 18th day of November, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Patricia C. Lally*
PATRICIA C. LALLY
Assistant United States Attorney
United States Attorney=s Office
Phone:  (206) 553-2619
Email:  Patricia.Lally@usdoj.gov

ORDER TO SEAL SUPPLEMENTAL - 1
EXHIBIT TO SENTENCING MEMO
PRECIADO/CR09-5206BHS